IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| NATHANIEL G. WEST,<br><br>                   Plaintiff,<br><br>vs.<br><br>BUNCOMBE COUNTY NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHILD PROTECTIVE SERVICES, et. al.,<br><br>                   Defendants. | Civil Action No. 1:14-cv-88-MOC-DSC |

**THIS MATTER IS BEFORE THE COURT** sua sponte upon Defendant Amanda Stone's "Motion To Dismiss" (document #6).

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding pro se, that he has a right to respond to Defendant's Motion. The Court also advises Plaintiff that failure to respond may result in Defendant being granted the relief she seeks, that is, the **DISMISSAL OF THE COMPLAINT WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that Plaintiff is allowed until July 25, 2014 to respond to Defendant Amanda Stone's "Motion To Dismiss" (document #6).

**SO ORDERED**.

Signed: June 23, 2014

_____
David S. Cayer
United States Magistrate Judge