# United States District Court
# Western District of North Carolina
# Asheville Division

| | | | |
|---|---|---|---|
| NATHANIEL G. WEST**,** | ) | JUDGMENT IN CASE | |
| | ) | | |
| Plaintiff, | ) | 1:14-cv-00088-MOC-DSC | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| BUNCOMBE COUNTY, NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHILD PROTECTIVE SERVICES ABIGAIL OWOLOTI AMANDA STONE VANESSA HILL**,** | ) | | |
| | ) | | |
| Defendants. | ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2014 Order of Dismissal.

September 29, 2014

Frank G. Johns, Clerk
United States District Court